

No. 01–9815. JOYNER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–9816. PEREZ-SANCHEZ v. UNITED STATES; BARAJAS-RAMOS v. UNITED STATES; BUSTOS-BENITEZ, AKA ACEVEDO-ACEVEDO v. UNITED STATES; CORTEZ-OROZCO, AKA TAPIA ORTIZ v. UNITED STATES; DIAZ-ZAVALA, AKA CASANOVA v. UNITED STATES; GARCIA-HERNANDEZ, AKA OCAMPO-ROSA v. UNITED STATES; GARCIA-RODRIGUEZ v. UNITED STATES; GUILLEN-OROZCO v. UNITED STATES; LOPEZ-ALVAREZ v. UNITED STATES; PEINADO v. UNITED STATES; RIOS-QUECHA, AKA OSORIO-MELCHOR, AKA TOLEDO v. UNITED STATES; and ZENDEJAS-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9819. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–9824. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9825. ROBERTSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9829. HUMPHRIES v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–9834. BLATT, AKA MCDONALD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–9841. MCMILLON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–9842. DICKERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–9843. CARTWRIGHT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9849. TAUALII v. ELLIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–9852. COOPER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–9865. TORO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.